FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 17 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15 - 4533 JCH |
| vs. | ) Count 1:   18 U.S.C. § 666(a)(1)(A):<br>) Theft Concerning Programs Receiving |
| **VANESSA COHOE**, | ) Federal Funds; |
| Defendant. | ) Counts 2-9:   18 U.S.C. § 1163:<br>) Embezzlement and Theft from Indian Tribal<br>) Organizations. |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about December 15, 2010, and continuing to on or about May 19, 2011, in Rio Arriba County, in the District of New Mexico, the defendant, **VANESSA COHOE**, being an agent of an Indian tribal government, namely, the Purchasing Agent of the Jicarilla Apache Nation, an organization receiving in a one-year period benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance, did knowingly and willfully embezzle, steal, obtain by fraud and convert funds in excess of $5,000, to wit: approximately $23,039.23, owned by and under the custody and control of the Jicarilla Apache Tribe.

In violation of 18 U.S.C. § 666(a)(1)(A).

### Count 2

On or about January 30, 2011, in Rio Arriba County, in the District of New Mexico, the defendant, **VANESSA COHOE**, knowingly and willfully embezzled, stole and converted to her own use in excess of $1,000.00 in property belonging to an Indian tribal organization, by using Jicarilla Apache Nation's Sam's Club credit card for unauthorized personal purchases.

In violation of 18 U.S.C. § 1163.

### Count 3

On or about February 18, 2011, in Rio Arriba County, in the District of New Mexico, the defendant, **VANESSA COHOE**, knowingly and willfully embezzled, stole and converted to her own use in excess of $1,000.00 in property belonging to an Indian tribal organization, by using Jicarilla Apache Nation's Sam's Club credit card for unauthorized personal purchases.

In violation of 18 U.S.C. § 1163.

### Count 4

On or about February 27, 2011, in Rio Arriba County, in the District of New Mexico, the defendant, **VANESSA COHOE**, knowingly and willfully embezzled, stole and converted to her own use in excess of $1,000.00 in property belonging to an Indian tribal organization, by using Jicarilla Apache Nation's Sam's Club credit card for unauthorized personal purchases.

In violation of 18 U.S.C. § 1163.

Count 5

On or about March 3, 2011, in Rio Arriba County, in the District of New Mexico, the defendant, **VANESSA COHOE**, knowingly and willfully embezzled, stole and converted to her own use in excess of $1,000.00 in property belonging to an Indian tribal organization, by using Jicarilla Apache Nation's Sam's Club credit card for unauthorized personal purchases.

In violation of 18 U.S.C. § 1163.

Count 6

On or about March 19, 2011, in Rio Arriba County, in the District of New Mexico, the defendant, **VANESSA COHOE**, knowingly and willfully embezzled, stole and converted to her own use in excess of $1,000.00 in property belonging to an Indian tribal organization, by using Jicarilla Apache Nation's Sam's Club credit card for unauthorized personal purchases.

In violation of 18 U.S.C. § 1163.

Count 7

On or about March 23, 2011, in Rio Arriba County, in the District of New Mexico, the defendant, **VANESSA COHOE**, knowingly and willfully embezzled, stole and converted to her own use in excess of $1,000.00 in property belonging to an Indian tribal organization, by using Jicarilla Apache Nation's Sam's Club credit card for unauthorized personal purchases.

In violation of 18 U.S.C. § 1163.

<u>Count 8</u>

On or about March 26, 2011, in Rio Arriba County, in the District of New Mexico, the defendant, **VANESSA COHOE**, knowingly and willfully embezzled, stole and converted to her own use in excess of $1,000.00 in property belonging to an Indian tribal organization, by using Jicarilla Apache Nation's Sam's Club credit card for unauthorized personal purchases.

In violation of 18 U.S.C. § 1163.

<u>Count 9</u>

On or about April 2, 2011, in Rio Arriba County, in the District of New Mexico, the defendant, **VANESSA COHOE**, knowingly and willfully embezzled, stole and converted to her own use in excess of $1,000.00 in property belonging to an Indian tribal organization, by using Jicarilla Apache Nation's Sam's Club credit card for unauthorized personal purchases.

In violation of 18 U.S.C. § 1163.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
12/10/2015 4:12 PM